No. 1252. Rossy, Plaintiff and Respondent, v. Fernández, Defendant, and Appellant.—Appeal from the District Court of San Juan, Section 1, in an action for recovery of fees. Motion by respondent for dismissal of the appeal for failure to file a transcript of the record. Decided December 18, 1914. Appeal dismissed. The respondent appeared pro se. Mr. Luis Samalea Iglesias for the appellant.